IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JASON RUSSEL CARAWAY,

        Defendant.

Case No. 3:23-CR-30148-NJR-1

# ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court to finalize the issue of restitution. On October 1, 2025, Defendant Jason Russel Caraway was sentenced (Doc. 44) pursuant to a plea agreement (Doc. 25). On that date, the Court deferred the issue of restitution until January 2, 2026, in accordance with 18 U.S.C. § 3664(d)(5). (Docs. 44, 51). The government now moves for this Court to enter an amended judgment ordering restitution to be paid by Defendant Caraway in the amount of $1,446,057.91. (Doc. 51). Defendant Caraway does not object. *Id.* at 3.

The government has provided the Court with the following table of victims to whom restitution is owed:

| Priority Group #1 | |
|---|---|
| **Victim** | **Amount** |
| B.H. | $10,000 |
| J.O. and J.O. | $2,500 |
| M.S. | $5,536.38 |
| T.K. | $3,500 |
| M.J. | $19,616.77 |
| C.T. | $7,500 |
| J.D. | $40,000 |
| S.P. | $12,433.98 |

Page 1 of 2

| **Priority Group #1** | |
|---|---|
| **Victim** | **Amount** |
| J.O. | $1,014 |
| M.S. | $2,028 |
| J.A. | $100,000 |
| N.A. | $6,000 |
| T.M. | $552.69 |
| M.D. | $2,500 |
| H.D. | $42,000 |
| M.D. | $20,000 |
| L.H. | $30,000 |
| Y.H. | $4,634.94 |
| H.B. | $8,210.88 |
| S.B. | $90,000 |
| Total | $408,027.64 |
| | |
| **Priority Group #2** | |
| Berkley Select | $421,826.88 |
| Illinois ARDC | $616,203.39 |
| | |
| Total Priority Group #1 & #2 | **$1,446,057.91** |

*Id.* at 2–3. The government notes that the information in this table was provided to Defendant Caraway, who has no objection. *Id.* at 3.

As the parties are in agreement, the Court finds the total restitution amount to be $1,446,051.91. An amended judgment shall be entered.

**IT IS SO ORDERED.**

**DATED:** December 29, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**